JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No.: 2:12-cv-02326-RSWL-SH |
|---|---|
| Plaintiff, | PTC: 05/14/2013<br>Trial: 06/18/2013<br>Action Filed: 03/19/2012 |
| vs. | |
| ANGELIA FELDMAN and DOES 1 through 10, inclusive, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| Defendants. | |

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

DATED: 3/29/13

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
Senior, U.S. District Court Judge

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **March 27, 2013**, I electronically filed the foregoing **(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| Arshak Bartoumian, Esq.<br>124b W. Stoker Street<br>Glendale, CA 91202<br>Tel: (818) 532-9339<br>Fax: (818) 400-4091<br>abartoumian@yahoo.com | Counsel for Defendant Angelia Feldman |

I declare under penalty of perjury under the laws of the State of California that and the United States of America the above is true and correct. Executed on **March 27, 2013**, in the City of Irvine, California.

NAME: Gabriela Rubio

An Employee of BARGER & WOLEN LLP